UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMBE INCORPORATED,

Plaintiff,

-against-

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, SUBSCRIBING TO POLICY NUMBER B0509BOWCI1800672, NEWLINE HOLDINGS UK LIMITED, LLOYD'S UNDERWRITER SYNDICATE 1218 NWL, CASTEL UNDERWRITING AGENCIES LTD., Trading as Medical & Commercial International Underwriting, SYNDICATES AT LLOYD'S 30061100118, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, SUBSCRIBING TO POLICY NUMBER LSR-XS-00375-18, MS AMLIN SYNDICATE 2001, XL CATLIN SYNDICATE 2003, REN RESYNDICATE 1458, ATRIUM SYNDICATE 609,EVEREST SYNDICATE 2786, EVEREST INDEMNITY INSURANCE COMPANY,

Defendants.

**26-CV-6543 (JGLC)**

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Combe Incorporated brings this action against Defendants Insurers Certain Underwriters at Lloyd's of London, Subscribing to Policy Number B0509BOWCI1800672 ("Certain Underwriters Newline"); Newline Holdings UK Limited ("Newline"); Certain Underwriters at Lloyd's of London, Subscribing to Policy Number LSR-XS-00375-18 ("Certain Underwriters Life Science"); and Everest Indemnity Insurance Company, Policy Number LS9EX00022-181 ("Everest"), invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship. *See* 28 U.S.C. § 1332. Plaintiff alleges that it is a New York corporation with its principal place of business in New York. *See* ECF No. 1 ("Compl.") ¶ 4. It alleges that Defendant Newline is a corporation formed under the laws of England and Wales, with its

principal place of business in London, England, and that Everest is a Delaware corporation with its principal place of business in New Jersey. *Id.* ¶¶ 6, 8. However, Plaintiff alleges that Defendants Certain Underwriters Newline and Certain Underwriters Life Science are both "comprised of various syndicates of unknown citizenship." *Id.* ¶¶ 5, 7.

Accordingly, no later than **August 14, 2026**, Plaintiff shall file an amended complaint properly alleging the citizenship of each party to this action. If, by that date, Plaintiff does not file an amended complaint establishing this Court's subject-matter jurisdiction, the Court will dismiss the case without prejudice and without further notice to any party.

SO ORDERED.

Dated: August 3, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge