UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMBE INCORPORATED,<br>Plaintiff,<br>-against-<br>NEWLINE CORPORATE NAME LIMITED, et al.,<br>Defendants. | 26-CV-6543 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to the conference held in this matter on November 18, 2026, the parties are ORDERED to file a joint status letter by **November 24, 2026**, indicating whether there is agreement regarding a stipulation of dismissal without prejudice of this action, and if there is not agreement, the parties' proposed next steps.

Dated: November 18, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge